OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Thom, Appellant.
[Cite as State v. Thom (1993),     Ohio St.3d     .]
Motor vehicles -- Driving while intoxicated -- Ohio Adm.Code 3701-53-02(C)(2) does not require a new radio frequency interference survey when the breath-testing device is moved for repairs and is returned to its original testing location.
(No. 93-307 -- Submitted September 28, 1993 -- Decided November 10, 1993.)
Appeal from the Court of Appeals for Seneca County, No. 13-92-20.

Richard A. Kahler, for appellant.

The motion to certify the record is allowed and the cause is affirmed on authority of State v. Yoder (1993), 66 Ohio St.3d 515, 613 N.E.2d 626.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.